**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TAO CHEN,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-663-G** |
| **IMMIGRATION CUSTOM ENFORCEMENT,** | ) | |
| **Respondent.** | ) | |

# ORDER

On March 30, 2026, Petitioner Tao Chen filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement ("ICE") pursuant to 28 U.S.C. § 2241.[1] In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On May 26, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 13), in which he recommended this action be dismissed as moot. *See id.* at 4-6; *see also Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026). In the R. & R., Judge Erwin advised the parties of their right to object to the R. & R. by June 16, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

[1] Although the Petition only identifies ICE as a respondent, an Answer (Doc. No. 10) to the Petition was filed by the Acting ICE Director and the Acting Field Office Director of Enforcement and Removal Operations, Dallas Field Office, ICE.

As of this date, no party has submitted an objection to the R. & R. or sought leave for additional time to do so.[2]

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 13) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge

[2] A Notice (Doc. No. 14) filed June 9, 2026, stated that Petitioner was "scheduled to be removed from the United States to China imminently" pursuant to a final order of removal. *Id.* at 1. No party has provided further information since that date.